FILED
CLERK, U.S. DISTRICT COURT
February 19, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | Case No.: 2:20-cv-08951-SB-MAA |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE RE: DISMISSAL |
| VIROJ WATANA; HOUSE OF PIES, INC., a California Corporation; and Does 1-10, | |
| Defendants | |

Plaintiff filed a notice of settlement on February 19, 2021.

IT IS HEREBY ORDERED that the parties are to show cause why the action should not be dismissed with prejudice on April 23, 2021 at 8:30 a.m. If the parties file a proposed order to dismiss the entire action with prejudice by April 16, 2021, the OSC shall be taken off calendar without further notice. Otherwise, the parties shall appear at the OSC hearing.

IT IS FURTHER ORDERED that all other hearings and deadlines are vacated.

**NOTICE**: The parties are advised that *the Court will not continue the OSC hearing*, absent a detailed, compelling showing why the settlement has not been completed, and the parties should be prepared for the Court to set a trial date.

Dated: February 19, 2021



Stanley Blumenfeld, Jr.
United States District Judge